Daisy Reiser, appellee, v. Thomas Cody, Jr., appellant.   Gen. No. 7,806.

Action for personal injuries sustained in, collision with defendant's automobile.   Judgment for plaintiff.   Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1924.   Reversed.   Opinion filed December 31, 1924.

Brown, Hay & Stephens, for appellant.   John G. Friedmeyer, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

Cecil H. Murphy et al., appellees, v. Parker Bounds et al., appellants.   Gen. No. 7,813.

Petition for mechanic's lien.   Order overruling master's findings for defendants.   Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding.   Heard in this court at the October term, 1924.   Affirmed.   Opinion filed December 31, 1924.

Jesse Peebles, for appellants.   Murphy & Hemphill, for appellees.

Mr. Justice Crow delivered the opinion of the court.

---

Bonum Lee Kirk, administrator of the estate of John A. Anderson, deceased, appellee, v. William Lateer et al. C. S. Schneider, guardian ad litem for Minnie Anderson, appellant, County of Champaign, Klara Matilda Dahlquist, Elin Elisabet From, Emilia Augusta Karlsson, Agnes Hulda Wilhelmina Karlsson, Karl Johan Olsson and Arvid Olsson, appellees.   Gen. No. 7,814.

Claim against decedent's estate.   Decree denying claim.   Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding.   Heard in this court at the October term, 1924.   Affirmed.   Opinion filed December 31, 1924.

C. S. Schneider, guardian ad litem for Minnie Anderson, appellant; Schneider & Schneider, of counsel.   Roy R. Cline, State's Attorney and Green & Palmer, for County of Champaign and Bonum Lee Kirk.   H. Leonard Jones, for appellees.

Mr. Justice Crow delivered the opinion of the court.

---

Theresa Formera, administratrix of the estate of Wenzel Formera, deceased, plaintiff in error, v. Robert L. Reilly, defendant in error. Gen. No. 7,818.

Action under injuries act for death of plaintiff's husband.   Judgment for defendant.   Error to the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding.   Heard in this court at the October term, 1924.   Affirmed.   Opinion filed December 31, 1924.

John G. Friedmeyer, for plaintiff in error.   T. J. Condon, for defendant in error; W. St. J. Wines, of counsel.

Mr. Justice Crow delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Henry Wagle and John Moon, plaintiffs in error.   Gen. No. 7,759.

Prosecution for violation of Prohibition Act.   Defendants convicted.   Error to the Circuit Court of McDonough county; the Hon. George C. Hillyer, Judge, presiding.   Heard in this court at the